IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              Case No. 4:15-cr-00253 KGB

JOHNNY B. YATES, III                                                                         DEFENDANT

## ORDER

Before the Court is a motion to dismiss the forfeiture allegation filed by the United States (Dkt. No. 16). Defendant Johnny B. Yates, III, was charged with firearm-related offenses, and the indictment gave notice of the intent of the United States to seek at sentencing the forfeiture of the firearms and assorted ammunition involved in the offenses. The United States has determined that the firearms and assorted ammunition are stolen; therefore, the United States moves to dismiss the forfeiture allegation included in this case.

The Court grants the motion of the United States to dismiss the forfeiture allegation in the indictment. The Court dismisses the forfeiture allegation.

It is so ordered this 12th day of May, 2016.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge