IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      Case No. 4:15-cr-00253 KGB

JOHNNY B. YATES, III                                       DEFENDANT

## ORDER

Defendant Johnny B. Yates, III, appeared before the Court in person with his attorney, Mark Hampton, on December 8, 2016, on the government's motion to revoke bond and supplemental motion to revoke bond (Dkt. Nos. 26, 28). The Court denies as moot the government's motion to hold revocation in abeyance (Dkt. No. 27).

Mr. Yates entered a guilty plea in this case on July 22, 2016 (Dkt. Nos. 22, 23). The government's motion states that, prior to that date and after that date, Mr. Yates violated his conditions of release by testing positive for amphetamine and methamphetamine and failing to report for scheduled drug screens (Dkt. No. 26). Mr. Yates entered into substance abuse treatment at Crowley's Ridge on November 21, 2016. As a result, the government moved to hold in abeyance the revocation petition. Mr. Yates then walked away from the treatment center on December 1, 2016, without notifying his United States Probation Officer in advance, prompting the government to file a supplemental motion to revoke bond (Dkt. No. 28).

At the hearing, Mr. Yates through his counsel admitted to certain violations alleged in the government's motion to revoke bond (Dkt. No. 26, ¶¶ 6, 7, 8), and he admits to walking away from the treatment center (Dkt. No. 28). The Court examined the discharge summary from Crowley's Ridge and considered the statements of Mr. Yates and his counsel. Mr. Yates

requested at the hearing that he be permitted to enter into a different treatment center to complete substance abuse treatment.

The Court denies Mr. Yates's request and grants the government's motion and supplemental motion to revoke bond (Dkt. Nos. 26, 28).

This Court determines under 18 U.S.C. § 3143(a) that the Court cannot find by clear and convincing evidence that Mr. Yates is not likely to flee or pose a danger to the safety of any other person or the community. Instead, as announced from the bench, the Court finds that no condition or combination of conditions will reasonably assure the appearance of Mr. Yates as required and the safety of any other person and the community, so Mr. Yates must be detained pending sentencing. A Presentence Investigation Report has been prepared in this case, and the case is ready for sentencing. The Court will confer with counsel in an effort to schedule a sentencing hearing soon.

SO ORDERED this 9th day of December, 2016.

_____
Kristine G. Baker
United States District Judge